# UNITED STATES DISTRICT COURT

District of ~~Massachusetts~~

MARY P. DORSEY, Individually and as Administrator of the Estate of James Dorsey

V.          Plaintiff,

PFIZER, INC., WARNER LAMBERT COMPANY, AND PARKE_DAVIS, a division of Warner-Lambert Company,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10639 RCL**

TO: (Name and address of Defendant)

Pfizer, Inc.
c/o David B. Chaffin, Esq.
Hare & Chaffin
160 Federal Street
Boston, MA 02110-1701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Perry
PretiFlaherty
114 State Street, Suite 200
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE       APR 1 - 2005