# UNITED STATES DISTRICT COURT

District of Massachusetts

MARY P. DORSEY, Individully and as
    Administrator of the Estate of
    James Dorsey
             Plaintiff,
    V.

PFIZER, INC., WARNER LAMBERT COMPANY,
AND PARKE_DAVIS, a division of
Warner-Lambert Company,

        Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05-10639 RCL**

TO: (Name and address of Defendant)

Warner-Lambert Company
c/o David B. Chaffin, Esq.
Hare & Chaffin
160 Federal Street
Boston, MA 02110-1701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Perry
Preti Flaherty
114 State Street, Suite 200
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                        APR 1 - 2005

CLERK                                      DATE

(By) DEPUTY CLERK