# UNITED STATES DISTRICT COURT

District of ~~Massachusetts~~

MARY P. DORSEY, Individually and as
Administrator of the Estate of
James Dorsey

        Plaintiff,

V.

PFIZER, INC,. WARNER LAMBERT COMPANY,
AND PARKE_DAVIS, a division of
Warner-Lambert Company

        Defendants.

FILED

**SUMMONS IN A CIVIL CASE**

2005 APR -4 P 2: 37

CASE NUMBER: DISTRICT COURT
DISTRICT OF MASS.

## 05 10639 RCL

TO: (Name and address of Defendant)

Parke-Davis
c/o David B. Chaffin, Esq.
Hare & Chaffin
160 Federal Street
Boston, MA 02110-1701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Perry
PretiFlaherty
114 State Street, Suite 200
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON          APR 1 - 2005

CLERK          DATE

(By) DEPUTY CLERK