UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) <br> MARY P. DORSEY ) <br>         Plaintiff ) <br> ) <br> v. ) <br> ) <br> PFIZER, INC., ET AL ) <br>         Defendants ) <br> _____) | Civil Action No. 05-10639-RCL |

ORDER OF RECUSAL

I hereby recuse myself with respect to the above-entitled action, because I represented the defendant, Pfizer, Inc., when I was in the private practice of law.

                                  /s/ REGINALD C. LINDSAY
                                  United States District Judge

DATED: April 6, 2005