**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil No. 05-10639-RCL

Title: Mary P. Dorsey v. Pfizer, Inc. et.al

**N O T I C E**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge Lindsay has been reassigned to Judge Keeton for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials REK.

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ Don Stanhope
Deputy Clerk

Date: 4/8/05

(Notice of LR40.1 Reassign.wpd - 3/7/2005)