UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY P. DORSEY, Individually and as Administrator of the Estate of James Dorsey,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., WARNER LAMBERT COMPANY, and PARKE-DAVIS, a division of Warner-Lambert Company,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10639-REK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-captioned action as counsel of record for defendants, Pfizer Inc., Warner Lambert Company, and Parke-Davis, a Division of Warner-Lambert Company.

Dated: April 19, 2005

s/David B.Chaffin
David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000