UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY P. DORSEY, Individually and as Administrator of the Estate of James Dorsey,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., WARNER LAMBERT COMPANY, and PARKE-DAVIS, a division of Warner-Lambert Company,<br><br>Defendants. | Civil Action No. 05-10639-REK |

**ASSENTED-TO MOTION FOR ENLARGEMENT**
**OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Pfizer Inc., Warner Lambert Company, and Parke-Davis, a Division of Warner-Lambert Company ("Pfizer"), respectfully move for an enlargement, to May 23, 2005, of the time within which they must answer, move, or otherwise respond to the Complaint. The grounds for this motion are:

1. Plaintiff filed her Complaint on April 1, 2005.

2. The Complaint is lengthy.

3. Owing to, among other things, the length of the Complaint, Pfizer requires additional time in order to prepare an appropriate response.

4. Counsel for Plaintiff has assented to this motion.

WHEREFORE, Pfizer respectfully requests that the time within which it must answer, move, or otherwise respond to the Complaint be enlarged to May 23, 2005.

Dated: April 19, 2005

PFIZER INC., WARNER-LAMBERT COMPANY, and PARKE-DAVIS, a division of Warner-Lambert Company,

By their attorneys,

s/David B.Chaffin
David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

354009.0419