UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV10639RCL

MARY P. DORSEY, Individually and as )
    Administrator of the Estate of James Dorsey )
                                     )
    Plaintiff,                        )
                                     )
v.                                       )
                                   )
PFIZER, INC., WARNER LAMBERT COMPANY, )
and PARKE-DAVIS, a division )
of Warner-Lambert Company, )
                                   )
    Defendants.            )

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

Please take notice of the following change in address and contact information for counsel for Plaintiff Mary P. Dorsey:

Timothy J. Perry
Preti Flaherty LLP
10 High Street, Suite 502
Boston, MA 02110

Tel. (617) 226-3800
Fax. (617) 226-3801
EMAIL: tperry@preti.com

Respectfully submitted,
MARY P. DORSEY,

By its attorney,

Timothy J. Perry (BBO#631397)
Preti Flaherty LLP
10 High Street, Suite 502
Boston, MA 02110
(617) 226-3800
fax (617) 226-3801

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon counsel of record via pre-paid First Class, United States Mail.

Dated: May 4, 2005

_____
Timothy J. Perry