UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY P. DORSEY, Individually and as Administrator of the Estate of James Dorsey,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., WARNER LAMBERT COMPANY, and PARKE-DAVIS, a division of Warner-Lambert Company,<br><br>Defendants. | Civil Action No. 05-10639-REK |

## JOINT MOTION FOR TRANSFER

Plaintiff, Mary Dorsey, Individually and as Administrator of the Estate of James Dorsey ("Ms. Dorsey"), and defendants, Pfizer Inc., Warner-Lambert Company, and Parke-Davis, a division of Warner-Lambert Company (together, "Defendants"), jointly move pursuant to Local Rule 40.1(I) for the transfer of this action to Judge Saris, before whom is pending the Multidistrict Litigation entitled In re Neurontin Marketing, Sales Practices and Products Liability Litigation, MDL Docket No. 1629, the primary subject of which is the very alleged marketing program that is at the heart of Ms. Dorsey's case. The grounds for this motion are set forth in the accompanying memorandum.

| | |
|---|---|
| MARY A. DORSEY, Individually and as Administrator of the Estate of James Dorsey,<br><br>By her Attorneys,<br><br>s/Timothy J. Perry<br>Timothy J. Perry<br>BBO No. 631397<br>PRETI FLAHERTY LLP<br>10 High Street, Suite 502<br>Boston, MA 02110 | PFIZER INC., et al.,<br><br>By their attorneys,<br><br>s/James P. Rouhandeh<br>James P. Rouhandeh<br>James E. Murray<br>Deborah L. MacGregor<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, New York 10017<br>(212) 450-4000<br><br>-and-<br><br>s/David B. Chaffin<br>David B. Chaffin<br>BBO No. 549245<br>HARE & CHAFFIN<br>160 Federal Street<br>Boston, Massachusetts 02110<br>(617) 330-5000 |

Dated: October 18, 2005